UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS DANIEL STILES, Sr.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>S. BAROS,<br><br>　　　　　Defendant. | No. 2:20-cv-0783 DB P<br><br>ORDER AND FINDINGS AND RECOMMENDATIONS |

　　　　Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. Upon screening plaintiff's complaint, this court found plaintiff failed to state any claims for relief cognizable under § 1983. (May 11, 2020 Order (ECF No. 4).) This court dismissed plaintiff's complaint and gave plaintiff leave to file an amended complaint within 60 days. Those 60 days have passed and plaintiff has not filed an amended complaint or otherwise responded to this court's May 11 order.

　　　　Accordingly, the Clerk of the Court is HEREBY ORDERED to randomly assign a district judge to this case.

　　　　Further, IT IS RECOMMENDED that this action be dismissed without prejudice for plaintiff's failure to prosecute and failure to comply with court orders. See Fed. R. Civ. P. 41; E.D. Cal. R. 110.

////

1

1    These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within thirty days after being served with these findings and recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may result in waiver of the right to appeal the district court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated:  July 27, 2020

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DLB1/prisoner-civil rights/stil0783.fr